**Order entered October 25, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00841-CV

## JAYSON HOWARD MOORE, Appellant

## V.

## DALLAS MORNING NEWS, INC., KEVIN KRAUSE, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06923**

## ORDER

Before the Court is appellant's October 22, 2021 unopposed motion for extension of time to file his principal brief. In light of the Court's letter of that same date questioning the Court's jurisdiction and suspending the deadline for the brief, we **DENY** the motion as moot.

/s/  KEN MOLBERG
JUSTICE